**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Image Graphics 2000, Inc.** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **65-1090089** | |
| **4.** | **Debtor's address** | **Principal place of business** **2450 NW 36th Street, Bld. A, # 19 & #20** **Pompano Beach, FL 33073** Number, Street, City, State & ZIP Code **Broward** County | **Mailing address, if different from principal place of business** **2450 W. Sample Road** **#20** **Pompano Beach, FL 33073** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **http://igxboatwraps.com/** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **Image Graphics 2000, Inc.**    Case number (*if known*)  _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1430__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

Debtor  **Image Graphics 2000, Inc.**        Case number (*if known*) _____
   Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Image Graphics 2000, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 22, 2017**
MM / DD / YYYY

**X** **/s/ Wade Davis**                                **Wade Davis**
Signature of authorized representative of debtor         Printed name

Title **Vice President**

**18. Signature of attorney**

**X** **/s/ Simona Burshteyn**                           Date **August 22, 2017**
Signature of attorney for debtor                         MM / DD / YYYY

**Simona Burshteyn**
Printed name

**First Legal P.A.**
Firm name

**1930 Harrison St.**
**Ste. 209**
**Hollywood, FL 33020**
Number, Street, City, State & ZIP Code

Contact phone **(954) 998-1488**      Email address **Sburshteyn@firstlegalpa.com**

**105075**
Bar number and State

# United States Bankruptcy Court
## Southern District of Florida

In re  **Image Graphics 2000, Inc.**                                                                    Case No.
                                         Debtor(s)                                                       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Maria Gomez**<br>**3751 NW 73rd Way**<br>**Pompano Beach, FL 33065** | Stock Ownership | N/A | 51.00% |
| **Wade Davis**<br>**4557 Hunting Trail**<br>**Lake Worth, FL 33467** | Stock Ownership | N/A | 49.00% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 22, 2017**                          Signature  **/s/ Wade Davis**
                                                              **Wade Davis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re: **Image Graphics 2000, Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 22, 2017**

**/s/ Wade Davis**
**Wade Davis**/**Vice President**
Signer/Title

Aldridge Pite, LLP
1615 S. Congress Ave.
Ste 200
Delray Beach, FL 33445


Blake Rome LLP
500 E. Broward Blvd. Ste 2100
Fort Lauderdale, FL 33394


City of Pompano Beach
100 WW. Atlantic Blvd.
Pompano Beach, FL 33064


Comcast Business
Attn: Bankruptcy Section
7404 SW 117th Ave.
Miami, FL 33183-3806


FL Dept. of Revenue
3301 N. University Drive
Ste 200
Coral Springs, FL 33065


Florida Department of Revenue
Mail Stop 3-2000
5050 W Tennessee St
Attn: Bankruptcy Section
Tallahassee, FL 32399-0112


Florida Dept. of Revenue
Collection Agency Section
PO Box 8045
Tallahassee, FL 32314-8045


Image Graphics 2000, Inc.
2450 NW 36th Street, Bld. A, # 19 & #20
Pompano Beach, FL 33073


Internal Revenue Service
Centralized Lien Unit Division
Cincinnati IRS Campus
PO Box 145595
Cincinnati, OH 45250-5595

```
Internal Revenue Service
Central Insolvency Section
PO Box 7346
Philadelphia, PA 19101


Maria Gomez
3751 NW 73rd Way
Pompano Beach, FL 33065


Mark E. Berman, Esq.
PO Box 2083
Pompano Beach, FL 33061


Marlin Enterprises, LLC
2450 NW 36th Street, Bld. A, # 19 & #20
Pompano Beach, FL 33073


Ocwen Loan Servicing
Attn: Bankruptcy
PO Box 24738
West Palm Beach, FL 33416


Robert B. Cook, Esq.
4362 Northlake Blvd.
Ste 213
Palm Beach Gardens, FL 33410


Sample Commons Condo Association
c/o Swift Management & Solutions
1750 University Dr. # 205
Pompano Beach, FL 33071


US Bank, N.A.
c/o OCWEN Loan Servicing
Attn: Bankruptcy
1661 Worthington Rd. Ste. 100
West Palm Beach, FL 33409


Wade Davis
4557 Hunting Trail
Lake Worth, FL 33467


Washington Mutual
Attn: Correspondence Dept.
PO Box 15298
Wilmington, DE 19850-5298
```