1:25 PM
08/17/17
Accrual Basis

# IMAGE GRAPHICS 2000 INC
## Balance Sheet
### As of August 17, 2017

|  | Aug 17, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash Drawer | -744.56 |
| 0992 · Bank of America (Image Graphics 2000, Inc) | 229.18 |
| 103 · Washington Mutual Bank (Image Graphics 2000, Inc) | 6,360.40 |
| 104 · JPMorgan Chase bank (Image Graphics 2000, Inc) | 7,473.83 |
| 108 · TD Bank (Image Graphics 2000, Inc) | 31.03 |
| **Total Checking/Savings** | 13,349.88 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 62,314.38 |
| **Total Accounts Receivable** | 62,314.38 |
| **Other Current Assets** | |
| 1120 · Inventory Asset | 45,709.42 |
| 1510 · Employee Advances (Employee Advances) | 87,740.84 |
| 2121 · Payroll Asset | -0.94 |
| **Total Other Current Assets** | 133,449.32 |
| **Total Current Assets** | 209,113.58 |
| **Fixed Assets** | |
| Toyota VIN 99687 | |
| Toyota VIN 99687 Accumulated De | -21,690.35 |
| Toyota VIN 99687 - Other | 21,690.35 |
| **Total Toyota VIN 99687** | 0.00 |
| 1 · Equipment Machines (Printer) | 65,350.94 |
| 630 · Building Asset | |
| Building Accumulated depreciati | -66,678.00 |
| 630 · Building Asset - Other | 1,034,897.00 |
| **Total 630 · Building Asset** | 968,219.00 |
| **Total Fixed Assets** | 1,033,569.94 |
| **TOTAL ASSETS** | 1,242,683.52 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 120,707.61 |
| **Total Accounts Payable** | 120,707.61 |
| **Credit Cards** | |
| 464 · Image Graphics 2000, Inc (Washignton Mutual Bank) | 80.35 |
| **Total Credit Cards** | 80.35 |
| **Other Current Liabilities** | |
| Loan-Wade Davis | 3,138.86 |
| 2100 · Payroll Liabilities | 25,217.52 |
| 2101 · Child Support | 10,287.47 |
| 2102 · Health Insurance | -9,105.17 |
| 2200 · Sales Tax Payable | |
| 2201 · Collectin Allowence | -30.00 |
| 2200 · Sales Tax Payable - Other | 43,561.03 |
| **Total 2200 · Sales Tax Payable** | 43,531.03 |

1:25 PM
08/17/17
Accrual Basis

# IMAGE GRAPHICS 2000 INC
## Balance Sheet
### As of August 17, 2017

|  | Aug 17, 17 |
|---|---:|
| 2210 · Exchange | 56,800.32 |
| **Total Other Current Liabilities** | 129,870.03 |
| **Total Current Liabilities** | 250,657.99 |
| **Long Term Liabilities** | |
| 2500 · Loans | |
| 2031 · Maria (Fund borrowed from Maria to business) | 7,645.70 |
| 2530 · Wade Davis (Personal Loan) | 24,603.41 |
| 2500 · Loans – Other | 40.00 |
| Total 2500 · Loans | 32,289.11 |
| 3475 · Ocwen Loan | |
| 3478 · Principal | 703,741.42 |
| Total 3475 · Ocwen Loan | 703,741.42 |
| **Total Long Term Liabilities** | 736,030.53 |
| **Total Liabilities** | 986,688.52 |
| **Equity** | |
| Owners Withdrawal (Maria Gomez) | -27,394.86 |
| Owners Withdrawl (Wade Davis) | -299,663.16 |
| Penalties and Fines | -307.04 |
| 1110 · Retained Earnings (Retained Earnings) | 235,314.89 |
| 1520 · Capital Stock (Capital Stock) | 348,805.79 |
| 3000 · Opening Bal Equity | -83,356.35 |
| Net Income | 82,595.73 |
| **Total Equity** | 255,995.00 |
| **TOTAL LIABILITIES & EQUITY** | 1,242,683.52 |